FRANK E. GOODJON, Respondent, v. UNITED BOND AND BUILDING CORPORATION, Appellant. (Action No. 2.) — Judgment and order affirmed, with costs, on the authority of Goettel v. United Bond & Building Corporation (226 App. Div. 137). All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ISAAC TEMKIN, Respondent, v. ABE ABRAMS, Appellant.— Order affirmed, with costs. All concur, except Crouch, J., not voting. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

SADIE TEMKIN, Respondent, v. ABE ABRAMS, Appellant.— Order affirmed, with costs. All concur, except Crouch, J., not voting. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MAUDE McCALL, Respondent, v. CURRAN-MASON COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOHN ELLERINGTON, Respondent, v. CURRAN-MASON COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

DELIA ELLERINGTON, Respondent, v. CURRAN-MASON COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH GLASS, Respondent, v. WESTERN NEW YORK PAR-LOCK APPLIERS, INCORPORATED, and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Crouch, J., not voting. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

NANCY COOPER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that as to contributory negligence the verdict is against the weight of the evidence. All concur, except Crouch, J., not voting. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HENRY W. KUHN, Respondent, v. IROQUOIS GAS CORPORATION, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days stipulate to reduce the verdict to the sum of two thousand dollars as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Crouch, J., not voting. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

BERTHA KUHN, Respondent, v. IROQUOIS GAS CORPORATION, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $4,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Crouch, J., not voting. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.